435 A.2d 641

Unit Vending Corp. v. Lafayette Sports GDN.

Appeal of William Fusselbaugh & Allan Weir.

Argued June 10, 1980.   Joseph F. Lawliss, Jr., for appellants;  Julian C. Wessell, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

WICKERSHAM, J., concurred in the result.

435 A.2d 642

Westinghouse Electric Corp. v. Quaker City
Dev., Appellant.

Argued September 8, 1980.   Albert Ring, for appellant;  Joseph W. Lonergan, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Decree affirmed.